

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00540-CV

**IN THE MATTER OF J.D.S.**

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2013JUV00420A
Honorable Laura Parker, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we AFFIRM the trial court's judgment. Because appellant is indigent, we do not assess costs of this appeal.

SIGNED June 15, 2016.

Luz Elena D. Chapa, Justice